**STATE of Missouri, Respondent,**

v.

**Scott E. HALL, Appellant.**

**No. WD 52306.**

Missouri Court of Appeals,
Western District.

April 15, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

**ORDER**

PER CURIAM.

Appellant was sentenced as a prior offender to consecutive sentences for first degree assault and armed criminal action. Appellant raises three points for plain error review relating to evidentiary rulings and the state's closing argument. Judgment affirmed. Rule 30.25(b).

**Ronald ORONA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53219.**

Missouri Court of Appeals,
Western District.

April 15, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent.

Before HANNA, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM.

Ronald Orona appeals from the denial of his Rule 24.035 motion for post-conviction relief, following an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).